IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACOB LEFT HAND, Petitioner, vs. UNITED STATES OF AMERICA, Respondent. | 8:25CV489 MEMORANDUM AND ORDER |

On August 8, 2025, the Court advised Petitioner Jacob Left Hand that it would construe his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, Filing No. 1, as a petition for writ of habeas corpus under 28 U.S.C. § 2254 if he did not voluntarily withdraw his petition within 30 days and directed Petitioner to file an amended petition for writ of habeas corpus if he decided to allow this action to proceed as one brought pursuant to 28 U.S.C. § 2254. Filing No. 5. Furthermore, the Court advised Petitioner that if he failed to respond to the Court's August 8, 2025, Memorandum and Order or file an amended petition within 30 days, then this matter would be dismissed without prejudice and without further notice. To date, Petitioner has not responded to the Court's previous order, filed an amended petition, or taken any other action in this matter, and the time in which to do so has passed.

IT IS THEREFORE ORDERED that:

1. This case is dismissed without prejudice because Petitioner failed to prosecute it and failed to comply with this Court's orders. No certificate of appealability has been or will be issued.

2. The Court will enter judgment by a separate document.

3. Petitioner's pending motion for leave to proceed in forma pauperis, Filing No. 2, is denied as moot.

4. The Clerk of the Court is directed to update Petitioner's address in this case and send a copy of this Memorandum and Order to the following address: Jacob Left Hand, #220735, Reception and Treatment Center, PO Box 22800, Lincoln, NE 68542-2800.

Dated this 15th day of September, 2025.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge